THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Steve A. Rollinson, Appellant.
 
 
 

Appeal From Horry County
John M. Milling, Circuit Court Judge
Unpublished Opinion No. 2009-UP-471
Submitted October 1,2009  Filed October
 13, 2009   
APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliot,
 all of Columbia; and Solicitor J. Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Steve A. Rollinson appeals his conviction
 for assault and battery with the intent to kill.  His counsel argues the trial
 court erred by failing to order a competency evaluation. Additionally, Rollinson
 filed a pro se brief.  After a thorough review of the record and all briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1] 
APPEAL
 DISMISSED.  
Huff, Thomas, and Pieper, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.